# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America § 
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:19-M -05519(1)
§
(1) Jose Hernan Pinto-Roque §
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 06, 2019** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On June 06, 2019, the defendant, Jose Hernan PINTO-Roque, a native and citizen of Honduras, was arrested near Eagle Pass, Texas. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near Eagle Pass, Texas.
"

Continued on the attached sheet and made a part of hereof: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Sullivan, Caleb R .
BPA

06/12/2019                                   at   DEL RIO, Texas
File Date                                          City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | Case Number: |
| vs. | § | DR:19-M -05519(1) |
| | § | |
| (1) Jose Hernan Pinto-Roque | § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Wade, Reginald Van, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this **12th day of June, 2019.**

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE

FILED

JUN 13 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Cause No.: DR:19-M-05519 |
| § § § | |
| JOSE HERNAN PINTO-ROQUE § | |

## MOTION TO DISMISS THE COMPLAINT
## AND ARREST WARRANT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the undersigned Special Assistant United States Attorney for the Western District of Texas, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure hereby files this Motion to Dismiss the Complaint, and Arrest Warrant, Without Prejudice against Defendant JOSE HERNAN PINTO-ROQUE filed in the above-styled case. In support of its motion, the Government would respectfully show this Court the following:

The defendant is part of a family unit and does not fit the Agency's guidelines for prosecution.

WHEREFORE, PREMISES CONSIDERED, the Government respectfully prays this Court dismiss without prejudice the Complaint and Arrest Warrant in DR:19-M-05519 against Defendant JOSE HERNAN PINTO-ROQUE.

Respectfully submitted,

JOHN F. BASH
United States Attorney
111 E Broadway STE 300
Del Rio, TX 59885
(830) 703-2025; Fax: (830) 703-2034

By: _____
David V. Sorola
Special Assistant U.S. Attorney
TX State Bar No. 00797757

## Certificate of Service

I have caused a copy of the foregoing Motion to Dismiss the Complaint and Arrest Warrant (without prejudice) to be served on the 12th day of June, 2019, upon Defendant through his/her attorney of record, Reginald Van Wade.

_____
David V. Sorola

FILED

JUN 13 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　　　　DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § | Cause No.: DR:19-M-05519 |
| | § § | |
| **JOSE HERNAN PINTO-ROQUE** | § | |

### ORDER DISMISSING COMPLAINT AND ARREST WARRANT

On this day came on to be heard the motion of the United States to dismiss the Complaint and Arrest Warrant against JOSE HERNAN PINTO-ROQUE without prejudice in the above styled case in the interest of justice. Having considered same, the Government's motion is hereby GRANTED.

SIGNED and ENTERED this ___13___ day of ___JUNE___, 2019.

_____
United States Magistrate Judge

RECEIVED
US MARSHALS
W/TX-DEL RIO
2019 JUN 13 PM 12:32